```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 ) 2:05-cr-0035 MCE
12                  Plaintiff,   )
                                 ) STIPULATION AND ~~PROPOSED~~ ORDER
13             v.                ) RESETTING ENTRY OF PLEA DATE
                                 )
14  HERON SOTO FERNANDEZ,        ) Date: January 31, 2006
                                 ) Time: 8:30 a.m.
15                  Defendant.   ) Ctrm: Hon. Morrison C. England, Jr.
    _____)
16
```

17    It is hereby stipulated between the parties, William Wong,
18 Assistant United States Attorney, attorney for Plaintiff, and Caro
19 Marks, Assistant Federal Defender for defendant, HERON FERNANDEZ
20 SOTO, as follows:
21    It is agreed that the current Status Conference/Entry of Plea
22 date of January 31, 2006 be vacated, and that a new Status
23 Conference/Entry of Plea date of February 7, 2006 at 8:30 a.m.
24 Counsel require additional time to complete a plea agreement.
25    Therefore, a continuance is requested.  The government has no
26 objections to this request.  The parties stipulate and agree that
27 time from January 31, 2006 until February 7, 2006 be excluded under
28 the Speedy Trial Act pursuant to Local Code T4, Title 18, United

1

States Code, Section 3161(h)(8)(B)(vi), to allow both parties to resolve sentencing issues.

Dated: January 30, 2006

                                         Respectfully submitted,

                                         /s/ Caro Marks
                                         CARO MARKS, AFD
                                         Attorney for Defendant
                                         HERON SOTO FERNANDEZ

                                         MCGREGOR W. SCOTT
                                         United States Attorney

Dated: January 30, 2006          /s/ William S. Wong
                                         WILLIAM S. WONG
                                         Assistant U.S. Attorney

_____

**ORDER**

    UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference and/or entry of plea as set forth above.

    The Court finds excludable time as set forth above to and including February 7, 2006.

    **IT IS SO ORDERED.**

Dated: January 31, 2006

                                           _____
                                         MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE