1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
3   Counsel Designated for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorneys for Defendant
    HERON SOTO FERNANDEZ
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          No.  Cr. S 05-35 MCE

12              Plaintiff,             **STIPULATED MOTION AND ORDER TO
                                       REDUCE SENTENCE PURSUANT TO 18
13          v.                         U.S.C. § 3582(c)(2)**

14  HERON SOTO FERNANDEZ,              RETROACTIVE DRUGS-MINUS-TWO
                                       REDUCTION CASE
15              Defendant.

16                                     Judge:  Honorable MORRISON C. ENGLAND, Jr.

17          Defendant, HERON SOTO FERNANDEZ by and through his attorney, Assistant Federal

18  Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its

19  counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20          1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21  imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22  based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23  pursuant to 28 U.S.C. § 994(o);

24          2.      On April 25, 2006, this Court sentenced Mr. Fernandez to a term of 168 months

25  imprisonment;

26          3.      His total offense level was 31, his criminal history category was V, and the

27  resulting guideline range was 168 to 210 months;

28

Stipulation and Order Re: Sentence Reduction          1

4.     The sentencing range applicable to Mr. Fernandez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.     Mr. Fernandez's total offense level has been reduced from 31 to 29, and his amended guideline range is 140 to 175 months;

6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Fernandez's term of imprisonment to a term of 140 months.

Respectfully submitted,

Dated:  April 23, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   April 23, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
HERON SOTO FERNANDEZ

## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Fernandez is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 140 to 175 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2006 is reduced to a term of 140 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

1        Unless otherwise ordered, Mr. Fernandez shall report to the United States Probation

2 Office within seventy-two hours after his release.

3        IT IS SO ORDERED.

4 Dated:  April 28, 2015

5

6                   MORRISON C. ENGLAND, JR., CHIEF JUDGE

7                   UNITED STATES DISTRICT COURT