AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:05-cr-00035-MCE   Document 46   Filed 04/29/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>HERON SOTO FERNANDEZ<br>AKA ARON SOTO; AKA JOSE FERNANDEZ;<br>AKA JOSE FERNANDO ROCHA;<br>AKA HERON FERNANDEZ SOTO<br>Date of Original Judgment:  04/25/2006<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 2:05CR00035-01<br><br>USM No: 15552-097<br><br>David Porter, Assistant Federal Defender<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  168  months **is reduced to**  140 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  05/12/2006  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 04/28/2015

Effective Date: 11/01/2015
*(if different from order date)*

*Judge's signature*

MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE
*Printed name and title*